Appeal Form No. 4

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br>JAMES WILL BONHAM | Chapter 13<br>Case No. 2:17-BK-13145<br>Adv. No. N/A |
| Debtor(s) | BAP No. 18-1209 |
| JAMES WILL BONHAM | |
| Appellant(s) | |
| v.<br>RUSSELL BROWN, TRUSTEE | **MEMO TO BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT RE: STATUS OF CERTIFICATE OF READINESS** |
| Appellee(s) | |

TO: Clerk, US Bankruptcy Appellate Panel of the Ninth Circuit, 125 S. Grand Ave, Pasadena, CA 91105

Please be advised that as of date:

- [ ] The Designation of Record is on file.
- [x] The Designation of Record is not on file.

- [ ] The Statement of Issues is on file.
- [x] The Statement of Issues is not on file.

- [ ] A transcript has been designated and the reporters transcript is on file.
- [x] A transcript has been designated and the reporters transcript is not on file.

- [ ] A transcript has been designated and the designating party has filed a request for transcript.
- [x] A transcript has been designated and the designating party has not filed a request for transcript.

- [ ] Other:

Dated: October 5, 2018

GEORGE PRENTICE, CLERK OF COURT

By: STACI JO FAGAN
Deputy Clerk